Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Misdemeanor theft is the offense, with punishment assessed at 90 days in jail and a fine of $100.

The record before us contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

No attorney for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is felony theft; the punishment, two years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

**Cornelius JONES, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 28400.

Court of Criminal Appeals of Texas.

Oct. 17, 1956.

**Damon W. SMART, Jr., Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 28434.

Court of Criminal Appeals of Texas.

Oct. 10, 1956.